# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KIYEL TYQUELLO KEARNEY, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:23-mj-242

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 3, 2023 _____ in the city/county of _____ Arlington, VA _____
in the ___ Eastern ___ District of ___ Virginia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful possession of ammunition by a person who has been convicted of a crime punishable by a term of imprisonment exceeding one year. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Daniel Amzallag
*Printed name and title*

MATTHEW HOPKINS
2023.11.08 13:52:57
-05'00'

*Complainant's signature*

Matthew Hopkins, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
*(specify reliable electronic means)*.

Date: 11/09/2023

Digitally signed by Lindsey Vaala
Date: 2023.11.09 14:48:06 -05'00'

*Judge's signature*

City and state: Alexandria, VA

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*