**Criminal Case Cover Sheet**          FILED: REDACTED                    **U.S. District Court**

**Place of Offense:**          ☒ **Under Seal**                    **Judge Assigned:**

City: Arlington, VA          Superseding Indictment:                    **Criminal No.**

County:          Same Defendant:                    New Defendant: X

          Magistrate Judge Case No. 1:23-mj-242          **Arraignment Date:**

          Search Warrant Case No.                    R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Kiyel Kearney          Alias(es): "KhiGlock" ; "Glock"          ☐ Juvenile  FBI No.

**Address:** XXX Wayne Place SE, Washington, DC

Employment:

**Birth Date:** XX/XX/2003          **SSN:** XXX-XX-9599          **Sex:** Male          Race: Black          Nationality:

**Place of Birth:**          Height: 5'6"          Weight: 145lbs          Hair: Blk          Eyes: Brown          Scars/Tattoos:

☐ **Interpreter**          **Language/Dialect:**          Auto Description:

**Location/Status:**

**Arrest Date:**          ☐ Already in Federal Custody as of:          in:

☐ Already in State Custody          ☐ On Pretrial Release          ☐ Not in Custody

☒ Arrest Warrant Requested          ☐ Fugitive          ☐ Summons Requested

☐ Arrest Warrant Pending          ☐ Detention Sought          ☐ Bond

**Defense Counsel Information:**

**Name:**          ☐ Court Appointed          Counsel Conflicts:

Address:          ☐ Retained

Phone:          ☐ Public Defender          ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Daniel K. Amzallag          **Phone:** 703-299-3917          Bar No.

**Complaint Agency - Address & Phone No. or Person & Title:**

ATF Special Agent Matthew Hopkins

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC § 922(g)(1) | Unlawful possession of ammunition by a person who has been convicted of a crime punishable by a term of imprisonment exceeding one year. | | |
| Set 2: | | | | |

**Date:** November 8, 2023          **AUSA Signature:** /s/          *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | | | | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form